

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

*Overrule*
*O-571*

GERALD C. MANN
ATTORNEY GENERAL

Honorable Sidney Latham
Secretary of State
Austin, Texas

Dear Mr. Latham:

Opinion No. O-5310

Re: Power of Governor to withdraw
and reconsider Act of Legis-
lature approved and signed and
filed by him with the Secre-
tary of State.

Your letter of the 18th instant submits the follow-
ing question:

May the Governor, having approved, signed
and filed Senate Bill No. 117 with the Secre-
tary of State, withdraw such bill from the of-
fice of the Secretary of State for further con-
sideration?

Constitution, Article 4, Section 14, provides:

"Every bill which shall have passed both
houses of the Legislature shall be presented
to the Governor for his approval. If he ap-
prove he shall sign it; but if he disapprove
it, he shall return it, with his objections,
to the House in which it originated, which
House shall enter the objections at large up-
on its journal, and proceed to reconsider it.
If after such reconsideration, two-thirds of
the members present agree to pass the bill,
it shall be sent, with the objections, to the
other House, by which likewise it shall be re-
considered; and, if approved by two-thirds of
the members of that House, it shall become a
law; but in such cases the votes of both
Houses shall be determined by yeas and nays,

and the names of the members voting for and
against the bill shall be entered on the
journal of each House respectively. If any
bill shall not be returned by the Governor
with his objections within ten days (Sundays
excepted) after it shall have been presented
to him, the same shall be a law, in like man-
ner as if he had signed it, unless the Legis-
lature, by its adjournment, prevent its re-
turn, in which case it shall be a law, unless
he shall file the same, with his objections,
in the office of the Secretary of State and
give notice thereof by public proclamation
within twenty days after such adjournment. If
any bill presented to the Governor contains
several items of appropriation he may object
to one or more of such items, and approve the
other portion of the bill. In such case he
shall append to the bill, at the time of sign-
ing it, a statement of the items to which he
objects, and no item so objected to shall take
effect. If the Legislature be in session, he
shall transmit to the House in which the bill
originated a copy of such statement and the
items objected to shall be separately consid-
ered. If, on reconsideration, one or more of
such items be approved by two-thirds of the
members present of each House, the same shall
be part of the law, notwithstanding the object-
ion of the Governor. If any such bill, con-
taining several items of appropriation, not
having been presented to the Governor ten days
(Sundays excepted) prior to adjournment, be in
the hands of the Governor at the time of ad-
journment, he shall have twenty days from such
adjournment within which to file objections to
any items thereof and make proclamation of the
same, and such item or items shall not take ef-
fect.

By Section 21 of the same Article of the Consti-
tution, the Secretary of State is required to "keep a fair
register of all official acts and proceedings of the Govern-
or." By statute, he is likewise required to "attend at
every session of the Legislature to receiving bills which
have become laws." (R.C.S.,Art.4331).

It is well settled that the time allowed by constitutional provision for consideration of bills is a matter of privilege with the Governor, who may waive his right to the full period and veto or approve a bill within the allotted period. Hunt v. State, 72 Ark. 241, 79 S. W. 769, 105 A. S. R. 34, 2 Ann. Cas. 33, 65 L. R. A. 71; Pickle v. McCall, 86 Tex. 212, 24 S. W. 265; 25 R. C. L. 890.

While the Governor retains a bill in his possession and under his control within the allotted period, he may reconsider his action thereon; but when he approves and signs a bill, and deposits it with the Secretary of State, the official repository of the official acts of the Governor and of all laws, he has placed the bill beyond his control and may not thereafter recall the bill from the Secretary of State's office for further consideration. People v. McCullough (Ill.) 71 N. E. 602; Pickle v. McCall, supra; 25 R. C. L. 892; 59 C. J. 582.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By        *R W Fairchild*

R. W. FAIRCHILD
ASSISTANT

RWF-MR        APPROVEDMAY-24, 1943    *Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN